585 A.2d 386
STATE OF NEW JERSEY v. WILLIAM FARRELL.

October 10, 1990.

Petition for certification denied.

585 A.2d 386
STATE OF NEW JERSEY v. NANCY WEATHERLY.

October 10, 1990.

Petition for certification denied.

585 A.2d 386
STATE OF NEW JERSEY v. CHARLES OGLESBY.

October 10, 1990.

Petition for certification denied.

585 A.2d 387
STATE OF NEW JERSEY v. JOHN MALONE.

October 10, 1990.

Petition for certification denied.

585 A.2d 387
STATE OF NEW JERSEY v. TERESA MOORE.

October 10, 1990.

Petition for certification denied.